1  DANIEL G. BOGDEN
   Nevada Bar No. 2137
2  United States Attorney
   CARLOS A. GONZALEZ
3  Assistant United States Attorney
   333 Las Vegas Blvd. South, Suite 5000
4  Las Vegas, Nevada 89101
   Phone: (702)388-6336
5  Facsimile: (702)388-6787
   Carlos. Gonzalez2@usdoj.gov
6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9                         * * *

10 UNITED STATES OF AMERICA,    )
                                )
11         Plaintiff,            )   2:03-CR-557-KJD-PAL
                                )
12     vs.                      )   MOTION TO VACATE JUDGMENT
                                )   DEBTOR EXAMINATION
13 MARK FREEMAL,                )
                                )
14         Defendant.            )
                                )

15

16     COMES NOW the United States of America, by and through Daniel G. Bogden, United

17 States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, and moves this

18 Honorable Court for an Order to vacate the Supplementary Proceedings (Judgement Debtor

19 Examination) scheduled for July 10, 2012, at 11:00 a.m. This motion is made because the

20 United States Marshal Service or private service was unable to locate and serve the defendant,

21 Mark Freemal.

22     DATED this  25th  day of June , 2012.

23
                                    DANIEL G. BOGDEN
24                                  United States Attorney

25                                  /s/Carlos A. Gonzalez
                                    CARLOS A. GONZALEZ
26                                  Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:03-CR-557-KJD-PAL |
| vs. | ) | ORDER |
| MARK FREEMAL, | ) | |
| Defendant. | ) | |

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgement Debtor Examination) scheduled for July 10, 2012, at 11:00 a.m. be granted.

DATED this "8y day of Lwn , 2012.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
DANIEL G. BOGDEN
United States Attorney

/s//Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney